IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NEZRA TED MCCARTY,

    Petitioner,

v.                                                            CASE NO. 4:08-cv-426-SPM-AK

WALTER MCNEIL,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the Court on Doc. 1, petition for writ of habeas corpus,, by Nezra Ted McCarty. Petitioner has paid the filing fee. Petitioner raises two claims, neither of which requires a response from Respondent. In the first, he maintains that his sentence violates the Sixth Amendment in that he "was deprived of the right to trial by jury, and having jury decide all facts essential to sentence beyond a reasonable doubt." Assuming that this claim is timely and has been exhausted, it is without merit, as neither *Apprendi*, *Blakely*, nor *Booker* is retroactively applicable to cases on collateral review. *See Varela v. United States*, 400 F.3d 864 (11th Cir. 2005); *McCoy v. United States*, 266 F.3d 1245 (11th Cir. 2001).

    As to his claim that his sentence for two counts of DUI manslaughter was unconstitutionally enhanced in violation of the Double Jeopardy Clause, it is likewise without merit. *See Miller v. Turner*, 658 f2d 348, 350-51 (5th Cir. 1981) (double jeopardy argument is frivolous where petitioner was sentenced to consecutive sentences for killing two people during same criminal episode).

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, Doc. 1, be **DENIED**, and this cause be **DISMISSED WITH PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this *7th* day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**